Anna Bruen, administratrix of the estate of James Bruen, deceased, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 23,807.

Action to recover for death caused by collision with street car at intersection. Judgment for plaintiff for $10,000. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed March 18, 1919. Rehearing denied March 28, 1919.

Charles LeRoy Brown, for appellants; John R. Guilliams and Joseph D. Ryan, of counsel. Harvey Wynekoop, for appellee; Oliver R. Barrett, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

James Adams, trading as Adams & Company, appellee, v. Morris Frisch and Pauline Frisch, appellants. Gen. No. 24,088.

Action by broker to recover commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

Morris Frisch, for appellants. Adams, Crews, Bobb & Wescott, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Rose Adelstein, appellee, v. Henry C. Gieseke, appellant. Gen. No. 24,120.

Action by daughter of tenant against landlord to recover for injuries caused by fall of plaster from ceiling while in bed. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of fact. Opinion filed March 18, 1919.

Rathje, Lawlor & Connor, for appellant; Edwin D. Lawlor, of counsel. Bauer & Donoghue, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

John Petrowsky, appellee, v. Alex Bertules, appellant. Gen. No. 24,130.

Action to recover money loaned. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edward T. Wade, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919.

John Cochinsky and Stuart B. Krohn, for appellant. Samuels & Samuels, for appellee.

Mr. Justice Barnes delivered the opinion of the court.